**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BROMBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, and FIS MANAGEMENT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV 15-7930-DMG (MRWx)<br><br>Case No.: CV 16-7632-DMG (MRWx)<br><br>**ORDER PRELIMINARILY APPROVING CLASS AND COLLECTIVE ACTION SETTLEMENT [51]** |
| ALEXIS MAITCHOUKOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, and FIS MANAGEMENT SERVICES, LLC, a Delaware limited liability company, DOES 1 through 25,<br><br>Defendants. | |

1

On March 10, 2017, the Court held a hearing on Plaintiffs Jonathan Bromberg and Alexis Maitchoukow's Motion for Preliminary Approval of Class Action Settlement. Plaintiffs and Defendants Fidelity National Information Services, Inc. and FIS Management Services, LLC ("Defendants") were represented by counsel.

The Court, having considered the motion, the Declaration of Aaron Gundzik, the Declaration of Jarrod Salinas, the Stipulation of Settlement ("Stipulation" or "Settlement Agreement") executed by the parties, as well as the Notice of Proposed Class Action Settlement ("Notice of Settlement") attached as Exhibit "1" to the Declaration of Aaron C. Gundzik [Doc. # 51-2], makes the following findings:

1. The parties to this action are Plaintiffs Jonathan Bromberg and Alexis Maitchoukow and Defendants Fidelity National Information Services, Inc. and FIS Management Services, LLC.

2. Plaintiffs seek to represent:

a. a class under Rule 23 of the Federal Rules of Civil Procedure defined as "all current or former employees of Defendants who were employed by Defendants in California and held the job titles of Systems Administrator I, Systems Administrator II, Systems Administrator Senior, Hardware Planner, Email Messaging Analyst II, Email Messaging Analyst Senior, Operations Software Analyst I, Operations Software Analyst II, or Operations Software Analyst Senior at any time between October 8, 2011 and the date of Preliminary Approval" (the "California Class"); and

b. a collective class under the Federal Labor Standards Act, 29 U.S.C. § 201 *et seq.*, defined as "all current or former employees of Defendants in the United States who held the job titles of Systems Administrator I,

Systems Administrator II, Systems Administrator Senior, Hardware Planner, Email Messaging Analyst II, Email Messaging Analyst Senior, Operations Software Analyst I, Operations Software Analyst II, or Operations Software Analyst Senior at any time between October 8, 2012 and the date of Preliminary Approval and who submitted a timely and valid Consent to Join form that was filed with the Court" (the "Collective Class");

2. After participating in an arms-length mediation and subsequently negotiating for several weeks regarding a settlement and settlement terms, Plaintiffs and Defendants have agreed to a proposed settlement of this action on behalf of the classes that they seek to represent. The terms of the proposed settlement are fully set forth in the Settlement Agreement.

3. The terms of the proposed settlement including the following:

a. The proposed class under Rule 23 of the Federal Rules of Civil Procedure consists of "all current or former employees of Defendants who were employed by Defendants in California and held the job titles of Systems Administrator I, Systems Administrator II, Systems Administrator Senior, Hardware Planner, Email Messaging Analyst II, Email Messaging Analyst Senior, Operations Software Analyst I, Operations Software Analyst II, or Operations Software Analyst Senior at any time between October 8, 2011 and the date of Preliminary Approval" (the "California Class").

b. The proposed collective class under the Federal Labor Standards Act, 29 U.S.C. § 201 *et seq.*, consists of "all current or former employees of Defendants in the United States who held the job titles of Systems Administrator I, Systems Administrator II, Systems Administrator Senior, Hardware Planner, Email Messaging Analyst II, Email Messaging Analyst Senior, Operations Software Analyst I, Operations Software Analyst II, or Operations Software Analyst Senior at any time between October 8, 2012 and

3

the date of Preliminary Approval and who submitted a timely and valid Consent to Join form that was filed with the Court" (the "Collective Class");

    c.    The California Settlement Class Period means the period from October 8, 2011 up to and including the Preliminary Approval Date.

    d.    The Collective Settlement Class Period means the period from October 8, 2012 up to and including the Preliminary Approval Date.

    e.    In settlement, Defendants will pay the gross amount of $3,000,000. From this gross amount, the parties propose to deduct fees for settlement administration costs ($7,200), service and release payments to Plaintiffs Jonathan Bromberg and Alexis Maitchoukow in an amount totaling $25,000, Class counsel's costs in the amount of approximately $11,000, and Class counsel's attorneys' fees as approved by the Court, but not to exceed $750,000.

    f.    The amount remaining, after deductions approved by the Court, will be distributed to Settlement Class members based on the number of qualifying workweeks (as defined in the Settlement Agreement and based on the formula provided therein) each Settlement Class member worked for Defendants during the California Settlement Class Period and/or Collective Settlement Class Period.

4.    The Parties propose that notice of this proposed settlement be sent to all Class members by regular mail and that Settlement Class members shall have 45 days to opt out of or object to the settlement.

5.    The proposed Class counsel are experienced and in their view, the proposed settlement is fair, adequate and reasonable.

6.    The proposed settlement is fair and reasonable to the Settlement Class members.

4

7. The notice procedure set forth in the Settlement Agreement will adequately notify the Settlement Class of the settlement and of their right to opt out or object.

8. The Settlement Agreement and Notice of Settlement include a proposed release which will bind those Settlement Class members who do not opt out of the Classes.

Based upon the foregoing, **IT IS HEREBY ORDERED THAT:**

1. The motion is **GRANTED**.

2. The class action settlement, as set forth in the Settlement Agreement, is preliminarily approved.

3. The proposed California Class is provisionally certified as an opt-out class action under Rule 23 of the Federal Rules of Civil Procedure, with the class defined as all current or former employees of Defendants who were employed by Defendants in California and held the job titles of Systems Administrator I, Systems Administrator II, Systems Administrator Senior, Hardware Planner, Email Messaging Analyst II, Email Messaging Analyst Senior, Operations Software Analyst I, Operations Software Analyst II, or Operations Software Analyst Senior at any time between October 8, 2011 and the date of Preliminary Approval.

4. The proposed Collective Class is provisionally certified under the Federal Labor Standards Act, 29 U.S.C. § 201 *et seq.*, with the class defined as all current or former employees of Defendants in the United States who held the job titles of Systems Administrator I, Systems Administrator II, Systems Administrator Senior, Hardware Planner, Email Messaging Analyst II, Email Messaging Analyst Senior, Operations Software Analyst I, Operations Software Analyst II, or Operations Software Analyst Senior at any time between October 8, 2012 and the date of Preliminary Approval and who

submitted a timely and valid Consent to Join form that was filed with the Court.

5. Plaintiffs Jonathan Bromberg and Alexis Maitchoukow are appointed as the class representatives for the provisionally-certified California Class and Collective Class (as defined in Paragraph 3 of this Order).

6. Aaron C. Gundzik and Daniel Holzman are appointed as Class counsel for the provisionally-certified class (as defined in Paragraph 3 of this Order).

7. Simpluris Inc. ("Simpluris") is approved as the third party settlement administrator.

8. The Notice of Settlement substantially in the form attached as Exhibit "1" to the Declaration of Aaron C. Gundzik is approved and Simpluris is authorized to send the Notice of Settlement to the California Class and Collective Class (as defined in Paragraph 3 of this Order).

9. The Court preliminarily approves the application for payment to Class counsel of reasonable fees attorneys' fees of up to twenty-five percent of the Gross Settlement Amount, up to $750,000, Class counsel's reasonable costs and expenses in the amount of approximately $11,000, and the fees and costs of settlement administration in the amount of $7,200.

10. The Court preliminarily approves of the service and release payments to the class representatives Jonathan Bromberg and Alexis Maitchoukow in an amount totaling $25,000.

11. The Court directs the Settlement Administrator to mail the Notice of Settlement to the Class members within twenty (20) calendar days of the date of this Order.

12. The Court preliminarily approves of the Class release in the Settlement Agreement.

13. Plaintiffs shall file a motion for attorneys' fees and costs by April 21, 2017.

14. The Court directs that any and all objections to the settlement be sent to the Settlement Administrator by May 9, 2017.

15. The Court directs that all requests for exclusion be sent to the Settlement Administrator by May 9, 2017.

16. The Court orders that the papers in support of the final approval of the settlement be filed by June 9, 2017.

17. A Final Approval Hearing on the question of whether the proposed class settlement should be finally approved as fair, reasonable, and adequate as to the members of the proposed California Class and Collective Class, for approval of Class counsel's attorneys' fees and costs, for approval of the service and release payments to the class representatives Jonathan Bromberg and Alexis Matichoukow, and for approval of the fees of the Settlement Administrator is set for **July 7, 2017 at 10:00 a.m.**

18. Based on the terms of the Settlement Agreement, the following sets forth the proposed schedule of events to occur with respect to the effectuation of the settlement:

| Event | Date |
|---|---|
| Deadline for Defendants to provide class data to settlement administrator | Within ten (10) days of preliminary approval |
| Deadline to mail Notice of Settlement to Class members | Within fifteen (15) days of preliminary approval order |
| Deadline for settlement administrator to provide counsel with report regarding notice and exclusion process | Sixty (60) days following final approval order |
| Deadline to file motion for attorneys' fees and costs | April 21, 2017 |

| Event | Date |
|---|---|
| Deadline for Class Members to file objections and request exclusion from the Class | May 9, 2017 |
| Deadline to file motion for final approval | June 9, 2017 |
| Hearing on motion for final approval of the settlement | July 7, 2017 at 10:00 a.m. |
| Deadline for Defendants to deliver funds to settlement administrator | Within ten (10) days of Final Approval Order |
| Deadline for settlement administrator to distribute settlement funds to Class Members | Within twenty (20) days of Final Approval Order |
| Deadline for settlement administrator to pay Class Counsels' fees and costs and distribute service and release payments to the Named Plaintiffs | Within twenty (20) days of Final Approval Order |

**IT IS SO ORDERED.**

DATED: March 10, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE