JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN BROMBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, and FIS MANAGEMENT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV 15-7930-DMG (MRWx)<br><br>Case No.: CV 16-7632-DMG (MRWx)<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CLASS COUNSEL'S ATTORNEYS' FEES AND COSTS, AND JUDGMENT [56][58]** |
| ALEXIS MAITCHOUKOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, and FIS MANAGEMENT SERVICES, LLC, a Delaware limited liability company, DOES 1 through 25,<br><br>Defendants. | |

The Court, having considered whether to order final approval of the settlement of this matter pursuant to the Stipulation of Class Action Settlement, and having granted preliminary approval on March 10, 2017 [Doc. # 55], having directed that notice be given to all Class Members of preliminary approval of the Stipulation of Settlement and the final approval hearing and the right to be excluded from or object to the settlement, and having read and considered all of the papers of the parties and their counsel, including Plaintiffs' Motion for Final Approval of Class Action Settlement [Doc. # 58] and Motion for Approval of Class Counsel's Attorneys' Fees and Costs [Doc. # 56], and having received no objections to the settlement, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motions are **GRANTED**.

2. The parties to this action are Plaintiffs Jonathan Bromberg and Alexis Maitchoukow ("Plaintiffs") and Defendants Fidelity National Information Services, Inc. and FIS Management Services, LLC ("Defendants").

3. After participating in an arm's-length mediation and subsequent settlement discussions, Plaintiffs and Defendants have agreed to a proposed settlement of this action on behalf of the Classes Plaintiffs seek to represent. The terms of the proposed settlement are fully set forth in the Stipulation of Settlement attached as Exhibit 1 to the Declaration of Aaron Gundzik in Support of Motion for Preliminary Approval of Class Action Settlement [Doc. # 52-1]. The Court finds that the Stipulation of Settlement was the product of arm's-length negotiations between experienced counsel. The Court finds, for settlement purposes only, that the California Class, as defined in paragraph 6 below, satisfies the applicable standards for certification under Federal Rule of Civil Procedures 23, and finds that the Collective Class, as defined in paragraph 7 below, satisfies the applicable standards for certification under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*.

4. This Court has jurisdiction over the subject matter of this consolidated action (the "Action") and over all parties to the Action, including the Representative

Plaintiffs and the members of the Classes.

5. The terms used in this Order have the meaning assigned to them in the parties' Stipulation of Settlement.

6. The Court finds that the following individuals are members of the "California Class": "all current or former employees of Defendants who were employed by Defendants in California and held the job titles of Systems Administrator I, Systems Administrator II, Systems Administrator Senior, Hardware Planner, Email Messaging Analyst II, Email Messaging Analyst Senior, Operations Software Analyst I, Operations Software Analyst II, or Operations Software Analyst Senior at any time between October 8, 2011 and March 10, 2017."

7. The Court finds that the following individuals are members of the "Collective Class": "all current or former employees of Defendants in the United States who held the job titles of Systems Administrator I, Systems Administrator II, Systems Administrator Senior, Hardware Planner, Email Messaging Analyst II, Email Messaging Analyst Senior, Operations Software Analyst I, Operations Software Analyst II, or Operations Software Analyst Senior at any time between October 8, 2012 and the date of Preliminary Approval and who submitted a timely and valid Consent to Join form that was filed with the Court" (the "Collective Class").

8. The Court finds that the California Settlement Class Period means the period from October 8, 2011 up to and including March 10, 2017.

9. The Court finds that the Collective Settlement Class Period means the period from October 8, 2012 up to and including March 10, 2017.

10. In settlement, Defendants will pay the gross amount of $3,000,000. From this gross amount, the parties propose to deduct $7,200 in fees to be paid to the Settlement Administrator, a Service and Release Payment to Representative Plaintiff Jonathan Bromberg in the amount of $15,000, a Service and Release Payment to Representative Plaintiff Alexis Maitchoukow in the amount of $10,000, Class Counsel's costs of $10,789.25, and Class Counsel's attorneys' fees in the amount of $750,000.

11. The amount remaining, after deductions approved by the Court, will be distributed to Class Members based on the number of qualifying workweeks (as defined in the Settlement Agreement) each California Class Member worked for Defendants during the California Settlement Class Period and the number of qualifying workweeks each Collective Class Member worked for Defendants during the Collective Class Period.

12. Two Class Members filed timely requests to be excluded from the settlement: Julia Haas, who was a member of the California Class, and Matthew Apuzzo, who was a member of the Collective Class. All Class Members except Ms. Haas and Mr. Apuzzo are bound by the settlement and the Court's judgment in this consolidated Action.

13. As of the date of this Final Approval Order and Judgment, each and every Released Claim of each member of the California Class and each member of the Collective Class, with the exception of the claims of those Class Members who requested to be excluded from the settlement, is and shall be deemed to be released as against the Released Parties. All members of the California Class and the Collective Class, with the exception of the two Class Members who requested to be excluded from the settlement, will be precluded in the future from making any claim based on, arising from, or relating to the allegations made in the Master Complaint.

14. Neither the settlement, nor any of the terms set forth in the Stipulation of Settlement, constitute any admission by Defendants, or any of the other Released Parties, of liability to the Representative Plaintiffs or any member of the California Class or the Collective Class, nor does this Final Approval Order and Judgment constitute a finding by the Court of the validity of any of the claims alleged in the Action, or of any liability of Defendants or any of the other Released Parties.

15. The Court finds that the Notice of Proposed Class and Collective Action Settlement and Hearing Date for Court Approval ("Notice of Settlement") has been mailed to all members of the California Class and Collective Class as previously ordered

by the Court, and that such Notice of Settlement fairly and adequately described the terms of the proposed Stipulation of Settlement, the manner in which the Class Members could object to or participate in the settlement, and the manner in which Class Members could opt out of the Classes; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and fully complied with due process and all other applicable laws.  The Court further finds that a full and fair opportunity has been afforded to Class Members to participate in the proceedings convened to determine whether the proposed Stipulation of Settlement should be given final approval.

16. The Court grants final approval for the distribution of the Net Settlement Amount to the Class Members.  Class Members are not required to submit a claim form in order to receive payment.  Rather, the amount paid to each member of the California Class and Collective Class will be based on the number of qualifying workweeks (as defined in the Settlement Agreement) each member of the California Class worked for Defendants during the California Class Period and the number of qualifying workweeks each member of the Collective Class worked for Defendants during the Collective Class Period.

17. The Court finds that the Stipulation of Settlement is fair, reasonable, and adequate as to the Classes, the named Plaintiffs and Defendants, and is the product of good faith, arm's length negotiations between the parties, and further, that the Stipulation of Settlement is consistent with public policy, and fully complies with all applicable provisions of law. Accordingly, the Court hereby finally and unconditionally approves the Stipulation of Settlement and specifically approves of the allocation of the Gross Settlement Amount of $3,000,000.00 ("Gross Settlement Amount"), as follows:

    a. The Court approves of payment of the remainder of the Gross Settlement Amount (the "Net Settlement Amount"), approximately $2,207,000, to the members of the Classes who have not opted out of the settlement, pursuant to the terms of the Stipulation of Settlement, Paragraph IV(J), and that payment to each

Class Member shall be attributed one-third to wages, to be reported on a W-2 form, one-third to interest and one-third to penalties, the latter two categories to be reported via an IRS Form 1099, to be distributed pursuant to the provisions of paragraph 18 of this Order;

b.   The Court approves of the payment of settlement administration costs of $7,200 to Simpluris Inc.;

c.   The Court approves of a Service and Release Payment in the amount of $15,000 to Representative Plaintiff Jonathan Bromberg, as payment for his time and effort in pursuing this consolidation Action and as additional compensation for the expanded release he is providing, to be distributed pursuant to the provisions of paragraph 18 of this Order;

c.   The Court approves of a Service and Release Payment in the amount of $10,000 to Representative Plaintiff Alexis Maitchoukow, as payment for his time and effort in pursuing this consolidation Action and as additional compensation for the expanded release he is providing, to be distributed pursuant to the provisions of paragraph 18 of this Order;

d.   The Court approves of Class Counsel's attorneys' fees request of $750,000, which is 25 percent of the Gross Settlement Amount, finding that this amount was reasonably incurred in the prosecution of this consolidated Action, to be distributed pursuant to the provisions of paragraph 18 of this Order;

e.   The Court approves of Class Counsel's request for reimbursement of litigation costs and expenses in the amount of $10,789.25, finding that this amount was reasonably incurred in the prosecution of this consolidated Action, to be distributed pursuant to the provisions of paragraph 18 of this Order;

f.   The Court approves that any residual of the Net Settlement Amount of any uncashed checks distributed to individuals who are residents of California as of the date of distribution (according to Defendants' records) will be delivered to the California Department of Industrial Relations, which will forward it directly to the

State Controller's Office (through this process, individuals who fail to cash their settlement checks will have an opportunity to obtain their settlement payments);

g.   The Court approves that any residual of the Net Settlement Amount of any uncashed checks distributed to individuals who are not residents of California as of the date of distribution (according to Defendants' records) will be distributed to the *cy pres* recipient, Healthy Workplaces.

18.   The Court approves of the following implementation schedule for further proceedings:

• Settlement Effective Date:  Concurrently with the Court's entry of this Order.

• Deadline for Defendants to deliver the remainder of the Gross Settlement Amount to the Settlement Administrator:  July 17, 2017.

• Mailing of Payments to Class Members:  July 27, 2017.

• Payments to Class Representatives:  July 27, 2017.

• Payment to Class Counsel of Class Counsel's attorneys' fees and Class Counsel's litigation costs:  July 27, 2017.

19.   This document shall constitute a judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED:  July. 7. 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE