Aaron C. Gundzik (State Bar No. 132137)
Rebecca G. Gundzik (State Bar No. 138446)
**GARTENBERG GELFAND HAYTON LLP**
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
Telephone: (213) 542-2100
Facsimile: (213) 542-2101

Attorneys for Plaintiffs

Evan R. Moses (State Bar No. 198099)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: (213) 438-5855
Facsimile: (213) 239-9045

Attorneys for Defendants
FIDELITY NATIONAL INFORMATION SERVICES, INC. and FIS MANAGEMENT SERVICES, LLC

Al M. De La Cruz (state bar no. 151388)
Jordon Ferguson (state bar no. 276578)
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
19800 Macarthur Blvd, Suite 900
Irvine, California 92612
Telephone: (949) 440-6690
Facsimile: (949) 474-6991

Attorneys For Non-Party Settlement Administrator,
SIMPLURIS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BROMBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., et al.,<br><br>Defendants. | **Case No.: 2:15-CV-7930**<br><br>**Case No.: 2:16-CV-7632**<br><br>**JOINT REPORT REGARDING SETTLEMENT AND TRUE-UP DATA** |

4839-5206-3880.1

1
JOINT REPORT

| | |
|---|---|
| 1 2 3 4 5 6 7 | ALEXIS MAITCHOUKOW, individually and on behalf of all others similarly situated<br><br>      Plaintiff,<br><br>        vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., et al.,<br><br>      Defendants. |

      This report is submitted jointly by the attorneys of record for Plaintiffs Jonathan Bromberg and Alexis Maitchoukow (together, "Plaintiffs"), Defendants Fidelity National Information Services, Inc. and FIS Management Services, LLC (together, "Defendants") and non-party Settlement Administrator, Simpluris, Inc., ("Simpluris") (collectively, the "Participants") pursuant to the Court's January 18, 2019 minute order after the sealed status conference.

      Pursuant to those minutes, Simpluris expected to provide calculations for the true-up payments to class members by February 8, 2019. Thereafter, on February 15, 2019, the Participants were to provide a joint report to the Court, a draft letter to class members and a proposed order.

      Simpluris performed diligence on the raw data provided by Defendants in order to perform the true-up calculations. On or about February 6, 2019, Simpluris provided to Defendant's counsel a summary of the variances between the raw data and the cumulative totals estimated by Defendants and their counsel. On or about February 8, 2019, Simpluris provided to Defendant's counsel the estimated true-up calculations based on the cumulative totals estimated by Defendants and their counsel.

      On February 11, 2019, Simpluris, Defendants, and their counsel engaged in a further telephone conference regarding the variances identified between

the raw data and the cumulative totals estimated by the parties and their counsel.

Simpluris provided the true-up calculations to Plaintiffs' counsel on Wednesday, February 13, 2019. After reviewing the calculations, Plaintiffs' counsel raised several questions about the calculations. Those questions were answered on Thursday, February 14, 2019. As a result, Plaintiffs' counsel is not yet in a position to approve the true-up calculations. Plaintiffs' counsel expects to be in a position to approve the true-up calculations by Friday, February 22, 2019. Accordingly, the Participants request that the Court extend the deadline for submitting the joint report, letter and order up to February 22, 2019.

DATED: February 15, 2019    GARTENBERG GELFAND HAYTON LLP

/s/ Aaron C. Gundzik
Aaron C. Gundzik

Attorneys for Plaintiffs JONATHAN BROMBERG and ALEXIS MAITCHOUKOW, individually and on behalf of all others similarly situated

DATED: February 15, 2019    MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

/s/ Jordon Ferguson
Jordon Ferguson

Attorneys for Third-Party Administrator SIMPLURIS, INC.

DATED: February 15, 2019    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Evan R. Moses

Attorneys for Defendants
FIDELITY NATIONAL INFORMATION SERVICES, INC. and FIS MANAGEMENT SERVICES, LLC

4839-5206-3880.1

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, Aaron C. Gundzik hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

*/s/ Aaron C. Gundzik*_____
Aaron C. Gundzik