# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROMBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, and FIS MANAGEMENT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV 15-7930-DMG (MRWx)<br><br>**ORDER RE PROPOSED COMMUNICATIONS AND FINAL APPROVAL [109]** |
| ALEXIS MAITCHOUKOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, and FIS MANAGEMENT SERVICES, LLC, a Delaware limited liability company, DOES 1 through 25,<br><br>Defendants. | |

The Court has reviewed the joint status report provided by the parties, including a copy of the proposed communication to class members regarding their Sealed Confidential Settlement Agreement ("SCSA").  After review of these documents and further consideration of the matters addressed therein, and good cause appearing therefor, the Court finds as follows:

1) The SCSA is approved by the Court;

2) The proposed communication is approved and shall be distributed to relevant class members;

3) Within twenty-one (21) days of the entry of this Order, the Settlement Funds shall be deposited with Simpluris, as required by the SCSA;

4) Within ten (10) days of the deposit of all required funds, Simpluris shall mail all required payments, as reflected in Simpluris' February 14, 2019 true-up calculations, along with the communication approved by the Court;

5) Within forty-five (45) days after all payments are sent out pursuant to the SCSA, provided that all of the other parties' obligations under the SCSA have been fully satisfied, Class Counsel will provide the Court with a Notice of Satisfaction of Judgment;

6) Once the Notice of Satisfaction of Judgment is filed, all obligations and liabilities arising out of or relating to this matter are discharged; and

7) The settlement, release and judgment previously approved on July 7, 2017, remains final and binding.

**IT IS SO ORDERED.**

DATED:  February 27, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE