Aaron C. Gundzik (State Bar No. 132137)
Rebecca G. Gundzik (State Bar No. 138446)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
Telephone: (213) 542-2100
Facsimile:  (213) 542-2101

Attorneys for Plaintiffs Jonathan Bromberg and Alexis Maitchoukow, Individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROMBERG, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., et al.,<br><br>　　　Defendants.<br>ALEXIS MAITCHOUKOW, individually and on behalf of all others similarly situated<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., et al.,<br><br>　　　Defendants. | Case No.: 2:15-CV-7930<br><br>Case No.: 2:16-CV-7632<br><br><br>**SATISFACTION OF JUDGMENT** |

|     |     |
| --- | --- |
| 1   | WHEREAS, on February 27, 2019, the Court issued an Order Granting Final Approval of the Sealed Confidential Settlement Agreement ("SCSA") entered into in order to effectuate the final and complete resolution of this matter, which order directed the parties to the SCSA to do the following: |

WHEREAS, on February 27, 2019, the Court issued an Order Granting Final Approval of the Sealed Confidential Settlement Agreement ("SCSA") entered into in order to effectuate the final and complete resolution of this matter, which order directed the parties to the SCSA to do the following:

    1) Deposit the Settlement Funds with Simpluris;

    2) Mail all required payments as reflected in Simpluris' true-up calculations, along with the communication approved by the Court;

WHEREAS, the above steps have been completed.

WHEREAS, the Court's Order of February 27, 2019, stated that once the above steps were completed and a Notice of Satisfaction of Judgement was filed "all obligations and liabilities arising out of or relating to this matter are discharged [and] [t]he settlement, release and judgment previously approved on July 7, 2017 remains final and binding."

THEREFORE, as all of the steps ordered by the Court have been completed, Plaintiff by and through his counsel of record, acknowledges satisfaction of the settlement and judgment and desires to release this judgment and hereby fully and completely satisfy the same.

By reason of the satisfaction of the judgment as acknowledgment herein, the Clerk of the Court is authorized and requested to make an entry of the full and complete satisfaction of the above-referenced judgment on the docket.

DATED: August 9, 2019          GARTENBERG GELFAND HAYTON LLP

By: /s/ Aaron C. Gundzik
     Aaron C. Gundzik

Attorneys for Plaintiffs Jonathan Bromberg and Alexis Maitchoukow, individually and on behalf of all others similarly situated